```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
   FORT LAUDERDALE DIVISION
```

CASE NO. **00-6033**
18 USC 472

UNITED STATES OF AMERICA )
)
vs. )
)
TIMOTHY ARCHER, )
)
       Defendant. )



CR-DIMITROULEAS

MAGISTRATE JUDGE SNOW

FILED by ___ D.C.
FEB 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### INDICTMENT

The Grand Jury charges that:

#### COUNT I

On or about January 22, 2000, in Broward County, in the Southern District of Florida, the defendant,

**TIMOTHY ARCHER,**

did knowingly, willfully and with intent to defraud keep in his possession false, forged, and counterfeited obligations of the United States, that is, approximately $720.00 of counterfeit twenty dollar



Federal Reserve Notes, in violation of Title 18, United States Code, Section 472, and Title 18, United States Code, Section 2.

                                        A TRUE BILL

                                        _[signature]_
                                        FOREPERSON

_[signature]_
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_[signature]_
STEVEN R. PETRI
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA            CASE NO. _____

v.

TIMOTHY ARCHER                      **CERTIFICATE OF TRIAL ATTORNEY***
_____         **Superseding Case Information**:

**Court Division**: (Select One)        New Defendant(s)    Yes ___  No ___
                                        Number of New Defendants  _____
___ Miami    ___ Key West               Total number of counts    _____
X   FTL      ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)  NO _____
   List language and/or dialect  _____

4. This case will take   3   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days      X___        Petty        ___
   II   6 to 10 days     ___         Minor        ___
   III  11 to 20 days    ___         Misdem.      ___
   IV   21 to 60 days    ___         Felony       X___
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   NO
If yes:
Judge: _____   Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No)  NO
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____  District of _____

Is this a potential death penalty case? (Yes or No)  NO

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999?  _ Yes  X No    If yes, was it pending in the Central Region? _ Yes _ No

                                    /s/ Steven R. Petri
                                    _____
                                    STEVEN R. PETRI
                                    ASSISTANT UNITED STATES ATTORNEY
                                    COURT NO. 5500048

*Penalty Sheet(s) attached                                    REV.4/7/99

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: <u>TIMOTHY ARCHER</u>   No.: _____

Count #I:
<u>Possession of counterfeit currency; in violation of 18:472</u>

<u>*Max Penalty: 15 years' maximum imprisonment; $250,000 fine</u>

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**