AO 442 (Rev. 12/85) Warrant for Arrest  AUSA STEVEN R. PETRI - USSS S/A DONALD DOUGLAS

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

FILED by _____ D.C.

FEB 3 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

TIMOTHY ARCHER

**TO:  The United States Marshal**

**and any Authorized United States Officer**

CASE NUMBER:

00 - 6033

CR - DIMITROULEAS

YOU ARE HEREBY COMMANDED to arrest _____ TIMOTHY ARCHER

Name     **MAGISTRATE JUDGE SNOW**

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)  Possession of counterfeit currency

in violation of Title __18__  United States Code, Section(s) __472 and 2__

CLARENCE MADDOX

Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $50,000 Corporate Surety Bond

COURT ADMINISTRATOR\CLERK OF THE COURT

Title of Issuing Officer

FEBRUARY 3, 2000  Fort Lauderdale, Florida

Date and Location

by LURANA S. SNOW, U.S. CHIEF MAGISTRATE JUDGE

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |