AO 442 (Rev. 12/85) Warrant for Arrest   AUSA STEVEN R. PETRI - USSS S/A DONALD DOUGLAS   479908

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

TIMOTHY ARCHER

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 00-6033-CR-DIMITROULEAS

YOU ARE HEREBY COMMANDED to arrest _____ TIMOTHY ARCHER _____

Name   MAGISTRATE JUDGE SNOW

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)   Possession of counterfeit currency

in violation of Title __18__ United States Code, Section(s) __472 and 2__

CLARENCE MADDOX
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $50,000 Corporate Surety Bond

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

FEBRUARY 3, 2000  Fort Lauderdale, Florida
Date and Location

[signature]
by LURANA S. SNOW, U.S. CHIEF MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2/3/2000 | James A. Tassone, US Marshal | |
| DATE OF ARREST | | |
| 2/8/2000 | FOR:  USSS | Fred Depompa, SDUSM |