COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: TIMOTHY ARCHER (surrender)   CASE NO: 00-6033-CR-DIMITROULEAS
AUSA: STEVE PETRI /Thomp__   ATTY: Bernardo Lopez
AGENT: USSS   VIOL: 18:472, 2
PROCEEDING I/A ON INDICTMENT   RECOMMENDED BOND 50,000 psb
BOND HEARING HELD - yes/no   COUNSEL APPOINTED
   BOND SET @ 50,000 PSB
   SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS  / x's a wk/month by phone; / x's a wk/month in person
3) Travel extended to:
4) drug testing & treatment for PTS

Deft advised of charges - sworn for apptmt of counsel

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
   PTD/BOND HRG:
   PRELIM/ARRAIGN:
   REMOVAL HRG:   ✓
   STATUS CONF:  2-23  11  B55

Date: 2/8/00   Time 11:00   FTL/LSS TAPE #00- 008   Begin: 560   End: 971

re-call 947

FILED by D.C. FEB -8 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.