UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6033-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

TIMOTHY ARCHER

ARRAIGNMENT INFORMATION SHEET

*FILED by ___ D.C.  FEB - 8 2000  CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on FEBRUARY 8, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address: __ON BOND FORM__

                    Telephone: _____

DEFENSE COUNSEL:    Name: __FEDERAL PUBLIC DEFENDER__

                    Address: _____

                    Telephone: _____

BOND SET/CONTINUED:  $ __50,000 PERSONAL SURETY__

Bond hearing held: yes____ no _X_  Bond hearing set for_____

Dated this __8TH__ day of __FEBRUARY__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
Deputy Clerk

Tape No. __00-008__

cc: Copy for Judge
    U. S. Attorney

