

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CASE NO. 00-6033-Cr-DIMITROULEAS |
| | ) Magistrate Judge: Snow |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **GOVERNMENT'S RESPONSE TO THE** |
| | ) **STANDING DISCOVERY ORDER** |
| TIMOTHY ARCHER, | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

The United States files this response to the Standing Discovery Order issued in this case. This response is numbered to correspond to that Order.

    A.   1.   The government is unaware of any written or recorded statements made by the defendant.

           2.   The government is aware of oral statements made by the defendant before or after arrest in response to interrogation by a person then known to the defendant to be a government agent that the government intends to use at trial. The substance of these oral statements are contained in a report prepared by the investigating agency the pertinent parts of which are enclosed herein and bate stamp numbered 0001.

           3.   No defendant testified before the Grand Jury.

           4.   The NCIC record of defendant is attached and bate stamp numbered 0002 through 0015.

           5.   Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, will be presented for inspection to counsel for defendant at **discovery conference in**



    **the office of the undersigned Assistant United States Attorney on March 3, 2000 at 2:30 p.m.** If counsel wishes to avail himself of the opportunity of reviewing evidence at that time, he should contact the undersigned Assistant at his earliest convenience to confirm arrangements. An inventory of items seized on January 27, 2000 is attached and bate stamp number 0016. An inventory of items seized on February 7, 2000 is attached and bate stamp number 0018. Copies of some of these documents are attached and bate stamp numbered 0017, and 0019 through 0021.

  6. There were no fingerprint forensic examinations of the counterfeit notes that were discovered in this matter. The government will forward copies of any reports prepared in the counterfeit examination of the notes and the curriculum vitae of witnesses that the government hopes to qualify as counterfeit experts at trial, as soon as those reports are available.

B. DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C. The government is unaware of any information or material which may be favorable on the issues of guilt or punishment within the scope of <u>Brady</u>.

D. The government is unaware of any payments, promises of immunity, leniency, or preferential treatment, made to prospective government witnesses, within the scope of <u>Giglio</u> or <u>Napue.</u>

E. The government is unaware of any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial.

F. No defendant was identified in a lineup, show up, photo spread or similar identification proceedings.

G. The government has advised its agents and officers involved in this case to preserve all rough notes.

H. The government will advise the defendant prior to

        trial of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

I.     The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any electronic surveillance.

J.     The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K.     The government intends to introduce evidence at trial in this case counterfeit $20 federal reserve notes which were seized in this case and identified and associated with the defendant. These counterfeit $20 notes have been submitted to a forensic counterfeit examiner. These counterfeit notes will be made available to any experts retained by the defendants at a mutually convenient opportunity upon request.

M.     The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of the defendant.

    The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, *Brady*, *Giglio*, *Napue*, and the obligation to assure a fair trial.

    In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi defense; the approximate time, date, and place of the offense was:

        Time:
        Date:
        Place:

The attachments to this response are numbered pages 0001-0021. Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
SCOTT H. BEHNKE
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY NUMBER A5500005
500 EAST BROWARD BLVD. SUITE 700
FT. LAUDERDALE, FL.33394
Tel: (954) 356-7255 ext. 3518
Fax: (954) 356-7228

cc: Special Agent Donald Douglas, USSS-MIA

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing were hand delivered this 23rd day of February, 2000 to: **Martin Bidwell,** AFPD, attorney for defendant ARCHER at 101 N.E. 3rd Ave., Suite 202, Ft. Lauderdale, Fl. 33301.

_____
SCOTT H. BEHNKE
ASSISTANT U.S. ATTORNEY

- 4 -