UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6033-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

TIMOTHY ARCHER,

        Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on February 23, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter would require two days to try. The Government, however, advised the Court that this matter is likely to be resolved by way of a change of plea.

2. Defense counsel concurred with the Government's assessment.

DATED at Fort Lauderdale, Florida this 23rd day of February 2000.

                                              BARRY S. SELTZER
                                              United States Magistrate Judge



Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Steve Petri, Esquire
Assistant United States Attorney

Martin Bidwell, Esquire
Assistant Federal Public Defender
Attorney for Defendant