UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6033-CR-DIMITROULEAS

UNITED STATES OF AMERICA     )
                             )
            Plaintiff,       )
v.                           )
                             )
TIMOTHY ARCHER               )
                             )
            Defendant.       )
_____/

### NOTICE OF REASSIGNMENT

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorney, and gives notice that the above captioned case has been reassigned to Assistant United States Attorney Scott H. Behnke.

            Respectfully submitted,

            THOMAS E. SCOTT
            UNITED STATES ATTORNEY

        By  _____
            SCOTT H. BEHNKE
            Assistant United States Attorney
            Attorney No. A5500005
            500 E. Broward Blvd, Suite 700
            Fort Lauderdale, FL 33394
            Telephone Number (954) 356-7255
            Fax Number (954) 356-7336



**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this <u>6th</u> day of March, 2000, to: Mary Bidwell, AFPD, Attorney for defendant at 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, FL 33301.

                                                                                                  SCOTT H. BEHNKE
                                                                                                  Assistant United States Attorney

cc:    Pretrial Services
        Case Agent
        Docket