## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS



FILED by _____ D.C.
MAR 1 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6033-cr-WPD         DATE: March 10, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Timothy Archer

U.S. ATTORNEY: Scott Behnke     DEFT. COUNSEL: Martin Bidwill

REASON FOR HEARING: Calendar call / Status Conference

RESULT OF HEARING: Deft's m/ continue granted. Court Resets case. The time from today until trial is deemed excludable.

JUDGMENT: _____

CASE CONTINUED TO: 4/7/00     TIME: 9:00     FOR: Cal Call
MISC: 4/10/00                 9:00              trial period

