UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

V.  CASE NO. 00-6033-CR-DIMITROULEAS

TIMOTHY ARCHER

TYPE OF CASE:  CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.
FT. LAUDERDALE, FL 33301

COURTROOM 203E
DATE & TIME:
**APRIL 5, 2000 AT 1:00 P.M.**

TYPE OF HEARING:  CHANGE OF PLEA

CLARENCE MADDOX,
CLERK OF COURT

DATE: March 29, 2000

BY DEPUTY CLERK

cc: Scott Behnke, AUSA
    Martin Bidwill, AFPD

