# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



FILED by _10_ D.C.
APR 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6033-CR-WPD   DATE: April 5, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Timothy Archer

U.S. ATTORNEY: Scott Behnke   DEFT. COUNSEL: Martin Bidwill, AFPD

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by court. Wishes to enter guilty plea. Court accepts guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 6/16/00   TIME: 10:30   FOR: Sentencing

MISC: Written plea agreement filed

