UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6033-CR-DIMITROULEAS
Magistrate Judge Snow

UNITED STATES OF AMERICA,
    Plaintiff,

v.

TIMOTHY ARCHER,

    Defendant.

_____/

### DEFENDANT'S OBJECTIONS TO
### PRE-SENTENCE INVESTIGATION REPORT

COMES NOW the defendant, Timothy Archer, through his undersigned counsel, and pursuant to Administrative Order 95-02, and files the following objections to the Presentence Investigation Report ("PSI") prepared in the instant case:

1. In paragraphs 28 and 29 of the PSI, the defendant objects to the probation office assigning two criminal history points for the offenses set out in those paragraphs. As defined in U.S.S.G. § 4A1.2(a)(2), and application note 3 of § 4A1.2, the sentences are related and therefore should be treated as one sentence. Accordingly, the defendant only should receive a total of two criminal history points with regard to the two cases. As a result, he has a total of twelve criminal history points and is properly assigned criminal history category V, not the current assignment of category VI.

1



Application of the language of Application Note 3 to § 4A1.2 warrants a finding that the sentences are related. The application note defines related sentences by telling us what they are not. Specifically, it provides that "[p]rior sentences are not considered related if they were for offenses that were separated by an intervening arrest (i.e., **the defendant is arrested for the first offense prior to committing the second offense**)." U.S.S.G. 4A1.2, Application Note 3 (emphasis added). If they are not "unrelated" as defined above, they are related if "they resulted from offenses that (A) occurred on the same occasion, (B) were part of a single scheme or plan, or (C) were consolidated for trial or sentencing." *Id.*

Applying this language of the application note, these sentences are related. The Sentencing Commission defines offenses "separated by an intervening arrest" as offenses where "the defendant is arrested for the first offense prior to committing the second offense." In this instance, the defendant committed the offense in paragraph 28 on April 30, 1998. He was not arrested for that offense, however, until October 6, 1998. *See* Attached Exhibit 1 (booking sheet). He committed the offense in paragraph 29 on June 17, 1998. Consequently, he was not "arrested for the first offense prior to committing the second offense." That being the case, the two cases are not per se "unrelated" as that concept is defined in Application Note 3.

As they are not otherwise unrelated, application of the second sentence of Application Note 3 warrants a finding that they are related because they were consolidated for sentencing. Judge Stanton S. Kaplan sentenced the defendant for both offenses on October 13, 1998, to one year and one day in the Florida State Prison. Judge Kaplan expressly ran the sentences together, and the defendant served the sentences at the same time, at the same prison. For these reasons, the sentences are related and it was improper to assign criminal history points for both.

WHEREFORE the defendant prays that the court sustain his objection to the pre-sentence investigation report.

                Respectfully submitted,

                KATHLEEN M. WILLIAMS
                FEDERAL PUBLIC DEFENDER

By: _____

                Martin J. Bidwill
                Assistant Federal Public Defender
                Attorney for Defendant
                Florida Bar No. 868795
                101 N.E. 3rd Avenue, Suite 202
                Fort Lauderdale, Florida 33301
                (954) 356-7436 / 356-7556 (Fax)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 26th day of May, 2000, to Scott Behnke, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; Frank E. Smith, U.S. Probation Officer, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____
Martin J. Bidwill

3

**SHERIFF'S OFFICE**
**BROWARD CO., FL**

BS9821093

COURT COPY

| OBTS Number | Print Clearance | Name Search | Teletype |
|---|---|---|---|
| 0011094559 | | | 00/00/00 |

| Arrest Number | Offense Report Number | BCCN Number | Booking Sheet Control Date & Time |
|---|---|---|---|
| BS9821093 | BS-981003040 | | 10/06/98 15:05 |

| Last Name | First | Middle | SSN | Probation | Parole |
|---|---|---|---|---|---|
| ARCHER | TIMOTHY | | 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 | N | N |

| Alias Last Name | First | Middle | Driver's License | State |
|---|---|---|---|---|
| | | | Yes  No  N | |

| Street/Nik Name | Race | Sex | Hgt | Wgt | Eyes | Hair | Comp. | Age | Date of Birth | Place of Birth | St./City | Ctz. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | B | M | 506 | 140 | BRN | BLK | MED | 024 | 10/30/73 | FT LAUDERDALE | FL | US |

Scars, Marks, Tattoos
NONE VISIBLE

| Permanent Address | Bldg. | Apt | City | St./Cty. | Yrs. | Mths. |
|---|---|---|---|---|---|---|
| 2312 NW 9 | CT | 3 | FT LAUDERDALE | FL | 02 | 00 |

| Resident of Broward County? | Yrs. | Mths. | Resident of Florida? | Yrs. | Mths. | Phone Number | U.S. Vet |
|---|---|---|---|---|---|---|---|
| YES | 24 | 00 | YES | 24 | 00 | -- -- | NO |

| BDH | Other Medical |
|---|---|
| | TO BE SEEN BY NURSE |

| Employer | Occupation |
|---|---|
| SUN COAST LANDSCAPING | LABOR |

| Prints | Blood Alcohol | Vehicle Towed | Phone Call | Arrest Agcy. | Place of Arrest (Address) |
|---|---|---|---|---|---|
| | YES .10% | | | BS | 2121 NW 6 PL |

| Arrest Date | Arrest Time | Arresting Officer | I.D. Number | Officer Injured | Unit | Zone | Beat | Shift |
|---|---|---|---|---|---|---|---|---|
| 10/06/98 | 09:50 | ROYSTER | B 1311 | NO | | | | |

| Booking Date | Booking Time | Booking Officer | I.D. Number | Add Charge Officer | I.D. Number |
|---|---|---|---|---|---|
| 10/06/98 | 14:58 | BLANTON | W BS4030 | | |

| Date | Charges | | MagCode/comments | Capias/Warrant Number | Bond |
|---|---|---|---|---|---|
| 100698 | 001 | POSS F/ARM WEP DELING CON | XFYJ/GOLDSTEIN | C 98017906CF10A | 2500.00 |
| 100698 | 002 | POSS COCAINE | XFNJ/KAPLAN | C 98012254CF10A | NB |
| 100698 | 003 | RESIST OBSTRUCT W/O VIOL | XMNJ/KAPLAN | C 98012254CF10A | NB |

BOOKING RMKS: 29/54 1997, WC 9820643

| Release Reason | Released By | Released T | | Time Released |
|---|---|---|---|---|
| | | | | |

| Arrest No | Last Name | First | Unattended Children? |
|---|---|---|---|
| BS9821093 | ARCHER | TIMOTHY | |

| Date | Time | Sex | Race | Date of Birth | Armed | Dang. | Resist | Rai |
|---|---|---|---|---|---|---|---|---|
| 10/06/98 | 14:58 | M | B | 10/30/73 | | | | |

| No. | P-Box No. | Bulk No. | Vehicle Towed To: |
|---|---|---|---|
| 993 | | | |

| Currency $ | Language msg: |
|---|---|
| 00 | DETAINEE SPEAKS ENGLISH |

**DEFENDANT'S EXHIBIT**
CASE NO. 00-6033-CR-WPD
EXHIBIT NO. 1