UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6033-CR-DIMITROULEAS
Magistrate Judge Snow

UNITED STATES OF AMERICA,
    Plaintiff,

v.

TIMOTHY ARCHER,

    Defendant.

_____/

## NOTICE OF FILING

COMES NOW, the defendant, by and through the undersigned attorney, and files the attached letter from one of the defendant's employers, which letter the defendant would ask the Court to consider in passing sentence in this cause.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Martin J. Bidwill
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 868795
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)

1

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned objections was mailed on this 9th day of June, 2000, to Scott Behnke, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; Frank E. Smith, United States Probation Office, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

Martin J. Bidwill

RESIDENTIAL • COMMERCIAL • INDUSTRIAL

# RICHARD MINEO

State Certified General Real Estate Appraiser
# RZ-0001661
FL Licensed Real Estate School Instructor
# ZH-1000168
Home Inspection Specialist

May 20, 2000

Hon. William P. Dimitrouleas
U.S. Court House
299 East Broward Blvd.
Fort Lauderdale, FL 33301

Re: Timothy Archer

Your Honor:

I am writing this letter to you on behalf of Timothy Archer, who comes before you for sentencing in June. Tim is a devoted family man with a wife and two small children, a good worker for me and has cooperated fully with the prosecution in this matter. Incarceration will only deprive Charlotte of her husband, his children of their father, myself of a good worker and the State of cooperative witness. I have known his family for some years, and Tim is a sober man and of good character. He has made a mistake and is willing to rectify it in any way. I urge your Honor to consider probation and supervision, and everyone will benefit.

Very truly yours,

Richard Mineo

3610 Lloyd Drive • Fort Lauderdale, Florida 33309 • 954-561-3074