# CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6033-Cr-WPD   DATE: June 16, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   vs.   Timothy Nathan

U.S. ATTORNEY: Scott Behnke   DEFT. COUNSEL: Martin Bidwell (FPD)

REASON FOR HEARING: Sentencing

RESULT OF HEARING: _____

Deft did not show up. Court issues a bench warrant for his arrest.

JUDGMENT: _____

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: _____

