# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA

V.

TIMOTHY ARCHER

## WARRANT FOR ARREST

CASE NUMBER: 00-6033-CR-WPD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___TIMOTHY ARCHER___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

FAILURE TO APPEAR FOR SENTENCING

in violation of Title _____ United States Code. Section(s) _____

Karen A. Carlton
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Courtroom Deputy
Title of Issuing Officer

June 16, 2000 at Ft. Lauderdale, Florida
Date and Location

Bail fixed at $ ___ATD___ by ___[signature]___
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at_____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |