| | |
|---|---|
| DEFT: Timothy Archer (J)# | CASE NO: 00-6033-CR-Dimitrouleas |
| AUSA: Steve Petri /s/ Don Chase | ATTNY: FPD: Marty Bidwill /s/ Hoper |
| AGENT: | VIOL: Failure to appear for sentencing |
| PROCEEDING. Initial Appearance on Violation | BOND REC: No Bond |
| BOND HEARING HELD - yes/no | COUNSEL APPOINTED: |

FILED by D.C. AUG 10 2000 S.D. OF FLA. FT. LAUD.

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services; ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
(2) ___ Halfway House ___ Electronic Monitoring

Judge Dimitrouleas said to hold the defendant in custody for his sentencing at 1:00pm on Monday.

X - advised of Charges

NEXT COURT APPEARANCE: DATE: TIME: JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____
DATE: 8-10-00  TIME: 11:00am  TAPE # 00-060 PG # 2
1158 — 1214