# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA

v.

TIMOTHY ARCHER

**WARRANT FOR ARREST**

CASE NUMBER: 00-6023-CR-WPD

RECEIVED 2000 JUN 16 PM 3 12 U.S. DISTRICT COURT FT. LAUD. OFFICE / UNITED STATES MARSHAL SOUTHERN DISTRICT OF FLORIDA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___TIMOTHY ARCHER___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

FAILURE TO APPEAR FOR SENTENCING

[Clerk's file stamp with signature, Deputy Clerk, 6/16/00]

in violation of Title _____ United States Code, Section(s) _____

Karen A. Carlton
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Courtroom Deputy
Title of Issuing Officer

June 16, 2000 at Ft. Lauderdale, Florida
Date and Location

Bail fixed at $ ___None___ by [signature]
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/16/00 | James A. Tassone | [signature] |
| DATE OF ARREST | United States Marshal | |
| 8/9/00 | Southern District of Florida | Edward Purchase, SDUSM |