UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6033-CR-DIMITROULEAS
Magistrate Judge Snow

UNITED STATES OF AMERICA,
      Plaintiff,

v.

TIMOTHY ARCHER,

      Defendant.
_____/

## DEFENDANT'S OBJECTIONS TO
## THE SECOND ADDENDUM TO THE
## PRE-SENTENCE INVESTIGATION REPORT

COMES NOW the defendant, Timothy Archer, through his undersigned counsel, and pursuant to Administrative Order 95-02, and files the following objections to the Second Addendum to the Presentence Investigation Report ("PSI") prepared in the instant case:

1.     The probation office has issued a second addendum to the PSI increasing the defendant's offense level by two levels. The probation office also has denied the defendant a two level reduction for acceptance of responsibility. Although conceding that the court has the authority to increase a defendant's sentence where a defendant willfully fails to appear for sentencing, the defendant objects to such an enhancement in this case. Further, even if the court finds that a two level enhancement is warranted, the court still may award a two level adjustment for acceptance of responsibility. Indeed, Application Note 4 to U.S.S.G. § 3E1.1 expressly provides that although obstructive conduct ordinarily indicates a defendant has not accepted responsibility for his criminal

1

conduct, there may be "extraordinary cases in which adjustments under both §§ 3C1.1 and 3E1.1 may apply." As this is one of those cases, the defendant still should receive his two level adjustment for accepting responsibility, even if the Court applies the obstruction enhancement. As a result, the defendant objects to the probation office finding that he not receive that adjustment.

WHEREFORE the defendant prays that the court sustain his objections to the pre-sentence investigation report's second addendum.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: *[signature]*

Martin J. Bidwill
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 868795
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 14th day of August, 2000, to Scott Behnke, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; Frank E. Smith, U.S. Probation Officer, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

*[signature]*

Martin J. Bidwill

2