## CRIMINAL MINUTES

FILED by _____ D.C.

AUG 1 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00 - 6033-CR-WPD    DATE: August 15, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Timothy Archer

U.S. ATTORNEY: Scott Behnke    DEFT. COUNSEL: Martin Bidwill

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
24 months BOP, 3 years Supervised Release, No Fine, $100.00 Assessment.

Court finds that Deft obstructed justice & does not award acceptance of responsibility.

JUDGMENT: Court recommends designation to a facility in Southern District of Florida.

CASE CONTINUED TO: _____    TIME: _____    FOR: _____

MISC: W-1 Michael Geller, US Marshal
Deft informed of Right to Appeal.