DEFENDANT: **TIMOTHY ARCHER**
CASE NUMBER: **0:00CR06033-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __24__ __month(s)__.

☒ The court makes the following recommendations to the Bureau of Prisons:

**That the defendant be designated to a facility in the Southern District of Florida.**

FILED by _____ D.C.
DKTG

SEP 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ a.m./p.m. on _____.

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ *before 2 p.m. on* _____.

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on __09-05-2000__ to __Federal Detention Center, Fl.__
at __33 NE 4 St. Miami, Fl. 33128__, with a certified copy of this judgment.

Monica S. Wetzel, Warden
~~UNITED STATES MARSHAL~~

By __Ariel O. Guerrero, L.I.E.__
~~DEPUTY U.S. MARSHAL~~

