PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 62720

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-CR-6033</u>-DIMITROULEAS



FILED by _____ D.C.  
MAY 21 2004  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. FT. LAUD.

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Timothy Archer

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas

Date of Original Sentence: August 15, 2000

Original Offense: Possession of Counterfeit Obligations, 18 U.S.C. § 472, a Class C felony

Original Sentence: Twenty four months incarceration followed by three (3) years term of supervised release with drug treatment as a special condition.

Type of Supervision: Supervised Release  
Assistant U.S. Attorney: Scott Behnke

Date Supervision Commenced: May 2, 2002  
Defense Attorney: Martin Bidwill, AFPD

## PETITIONING THE COURT

[X] To issue a warrant  
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about May 9, 2004, in Broward County, Florida, the defendant was arrested by the Fort Lauderdale Police Department and charged with Battery (Domestic Violence) contrary to Florida Statute 784.03(1)(A)(1). |
| 2. | **Violation of Standard Condition**, by failing to notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. On or about May 9, 2004, the defendant was arrested by the Fort Lauderdale Police Department, Broward County, Florida, and he failed to advise the U.S. Probation Officer. |



PROB 12C                                                           SD/FL PACTS No. 62720
(SD/FL 9/96)

U.S. Probation Officer Recommendation:

    []    The term of supervision should be
    [X]   revoked.
    []    extended for _ years, for a total term of _ years.

The conditions of supervision should be modified as follows:

Respectfully submitted,

by Albert Torres
U.S. Probation Officer
Phone: 954-769-5514
Date: May 17, 2004

THE COURT ORDERS:

[ ]   No Action
[X]  The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

William J. Zloch
Signature of Judicial Officer

May 21, 2004
Date