UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.    00-6033-CR-WPD

UNITED STATES OF AMERICA

vs

Timothy Archer

O R D E R

__x_/ Appointing Counsel
____/ Ratifying Prior Service
____/ Extending Appointment
          for Appeal
____/ Substituting Counsel

_____
(prior counsel)

CHARGE: Violation of Supervised Release

___/Felony        _____/Misdemeanor

Because the above defendant has testified under oath and has otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by Order of this District Court:

Federal Public Defender
1 E. Broward Boulevard, Suite 1100
Ft. Lauderdale, FL   33301
Phone:  954/356-7436

DONE AND ORDERED at Fort Lauderdale, Florida, this __14_ day of _____July_____, 200 4.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   AUSA
      FPD
      Pretrial Services

