# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: TIMOTHY ARCHER (J)#      CASE NO: 00-6033-CR-~~Zloch~~ *D.m.+ioul+4>*

AUSA: Scott Behnke /*Mitrani*/      ATTY: *Hurst*

AGENT: USPO: ~~Scott Behnke~~ *Albert Torres*      VIOL.: Violation of Supervised Release

PROCEEDING: INITIAL APPEARANCE ON VIOLATION      RECOMMENDED BOND: $25,000 PSB

BOND HEARING HELD - (yes)/ no      COUNSEL APPOINTED: APD

BOND SET @: $25,000 PSB      To be cosigned by:

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by ~~Pretrial Services~~ *USPO*. Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ___
- ☐ Travel extended to: ___
- ☐ Halfway House ___

*A advised of Charges*

*※ Will Remain in Custody until State Case (120 days) is Resolved*

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:    PLACE:

INQUIRY RE COUNSEL: 

PTD/BOND HEARING: *Final Revocation before Judge Bloch*

PRELIM/ARRAIGN. OR REMOVAL:

STATUS CONFERENCE:

DATE: 7-14-04    TIME: 11:00am    FTL/LSS TAPE # 04-038    Begin: 1811    End: 1925

36/DM