

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6033-CR-ZLOCH

UNITED STATES OF AMERICA,    :

       Plaintiff,                 :

vs.                                          :

TIMOTHY ARCHER,                  :

       Defendant.              :

_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender

specified below.  Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:_____
      Daryl E. Wilcox
      Assistant Federal Public Defender
      Florida Bar No. 838845
      1 E. Broward Boulevard
      Suite 1100
      Fort Lauderdale, Florida  33301
      (954) 356-7436
      (954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this

**15TH** day of July, 2004 to Scott Behnke Assistant United States Attorney's Office, 299 E. Broward

Blvd., Fort Lauderdale, Florida 33301 and to Albert Torres, United States Probation Office, 299 E.

Broward Blvd., Room 409, Fort Lauderdale, Florida 33301.

Daryl E. Wilcox

F:\Archer, Timothy Reg.55192-004\Pleadings\ASSIGN