PROB 19a                                                                                    SD/FL PACTS No. 62720

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6033-CR-Dimitrouleas

U.S.A. vs Timothy Archer



TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

449 988

| WARRANT FOR ARREST OF SUPERVISED RELEASEE ||||
|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. ||||
| NAME OF SUPERVISED RELEASEE<br>Timothy Archer | SEX<br>Male | RACE<br>Black | AGE<br>31 |
| ADDRESS (STREET,CITY,STATE)<br>1137 NW 18 Court, Ft. Lauderdale, Florida 33311 ||||
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>U.S. District Court | | DATE IMPOSED<br>8/15/00 ||
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>U.S. District Court, Ft. Lauderdale, Florida ||||
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK | DATE<br>May 21, 2004 ||

| RETURN ||||
|---|---|---|---|
| Warrant received and executed. | DATE RECEIVED<br>5/21/04 | | DATE EXECUTED<br>7/14/04 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>USMS   Ft. Lauderdale, FL ||||
| NAME  Christina Pharo, US Marshal<br>      S/D  Fl | (BY)<br>Stephanie Perez, SDUSM | | DATE<br>7/14/04 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _Southern_ District of _Florida_ ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

38