UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


FILED by _____ D.C.
JUL 26 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.                              CASE NO. 00-6033-CR-DIMITROULEAS

TIMOTHY ARCHER

TYPE OF CASE:                   CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.            **COURTROOM 205B**
FT. LAUDERDALE, FL 33301        DATE & TIME:
                                **July 30, 2004 AT 10:30 a.m.**

TYPE OF
HEARING:     Final Revocation/Sentencing on Supervised Release Violation

                                CLARENCE MADDOX,
                                CLERK OF COURT

DATE: July 26, 2004             BY DEPUTY CLERK

cc:   Scott Behnke, AUSA
      Daryl Wilcox, AFPD
      Albert Torres, USPO

