# CRIMINAL MINUTES


FILED by _____ D.C.
JUL 30 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6033 CR-WPD    DATE: July 30, 2004

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Ana Roman    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Timothy Archer

U.S. ATTORNEY: Neil Bihrle    DEFT. COUNSEL: Caryl Wilcox

REASON FOR HEARING: Status Conference on Supervised Release

RESULT OF HEARING: Violation. Deft enters "Not Guilty" plea. Court sets Evidentiary hearing for Aug. 13, 2004.

CASE CONTINUED TO: 8/13/04    TIME: 9:00    FOR: Evidentiary hearing

MISC: _____

