```
FILED by _____ D.C.
AUG 13 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIMOTHY ARCHER )<br>)<br>Defendant. )<br>_____/ | CASE NO. <u>00-6033-Cr-DIMITROULEAS</u> |

## GOVERNMENT'S MOTION FOR LEAVE
## TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM

The United States of America by an through its undersigned Assistant United States Attorney for the Southern District of Florida, and hereby respectfully requests that the Court authorize the undersigned Assistant United States Attorney to bring an audio cassette tape recorder and speakers into the courtroom on August 13, 2004 for use at final supervised release violation hearing in this matter.

WHEREFORE, the United States respectfully requests that this Court enter an Order permitting the undersigned to bring an audio cassette recorder and speakers in the courtroom.

Respectfully submitted,

MARCOS DANIEL JIMINEZ
UNITED STATES ATTORNEY

BY: _____
SCOTT H. BEHNKE
ASSISTANT UNITED STATES ATTORNEY
Attorney No. A5500005
500 E. Broward Boulevard
Fort Lauderdale, Florida 33394
Telephone (954) 356-7255 ext. 3518



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was hand delivered August 13, 2004 to:

>Daryl Wilcox, AFPD
>Attorney for Timothy Archer
>Federal Public Defender's Office
>1 East Broward Boulevard, Suite 1100
>Fort Lauderdale, Fl. 33301

>_____
>SCOTT H. BEHNKE
>Assistant United States Attorney