UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
AUG 13 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 00-6033-Cr-DIMITROULEAS |
| Plaintiff, ) | |
| v. ) | |
| TIMOTHY ARCHER ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on the Government's Motion to bring electronic equipment, specifically an audio cassette recorder and speakers into the courtroom for use at final supervised release violation hearing on August 13, 2004, and this Court, after reviewing the pleading and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that said Motion hereby be GRANTED.

DONE AND ORDERED at Fort Lauderdale, Florida this the 13 day of August, 2004.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE