# CRIMINAL MINUTES

```
FILED by _____ D.C.
AUG 13 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6033-CR-WPD   DATE: 8/12/04

COURTROOM CLERK: J. Hart for Karen A. Carlton   COURT REPORTER: C. Schanzlet for Bob Ryckoff

PROBATION: present   INTERPRETER: none

UNITED STATES OF AMERICA   VS. Timothy Archer (B)

U.S. ATTORNEY: Belnki   DEFT. COUNSEL: P. Wilcox

REASON FOR HEARING: Revocation S.R.

RESULT OF HEARING: S.R. Revoked. 1 yr 1 day. No S.R. upon release. Recom - South FL

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: _____

