AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

**DISTRICT OF** Southern / Florida

U.S. v. Timothy Archer

**EXHIBIT AND WITNESS LIST**

**CASE NUMBER:** 00-6033 CR-WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Dimitrouleas | S. Behnke | P. Wilcox |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 8/13/04 | C. Schanzleh | P. Hart |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 8/13/04 | | | Albert Torres |
| 1 | | 8/13/04 | | 8/13/04 | P.C. affidavit |
| 2 | | | | 8/13/04 | Cert. Copy of Conviction |
| W2 | | 8/13/04 | | | Lisa Cahill |
| 3 | | | | 8/13/04 | Photo - door |
| 4 | | | | " | |
| 5 | | | | " | |
| 6 | | | | " | |
| 7 | | | | " | |
| 8 | | | | " | |
| 9 | | | | " | 911 tape |
| 10 | | | | " | Photo - Archer |
| | 1 | | | " | Photo - D |
| | W | | | | Keeth Hofstopp |

FILED by _____ D.C.
AUG 13 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of _____ Pages