FILED by _____ D.C.

AUG 13 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6033-CR-DIMITROULEAS

UNITED STATES OF AMERICA
VS.

TIOMTHY ARCHER

Marshal #55192-004

JUDGMENT & COMMITMENT UPON
REVOCATION OF SUPERVISED
RELEASE

THIS CAUSE came before the Court on the 13th day of August, 2004 for final hearing for the revocation of the defendant's Supervised Release.

On the 16th day of June, 2000, this court sentenced the defendant to a period of Incarceration and Supervised Release imposing certain terms and conditions for the defendant to comply with.

It appearing to the court that the defendant has violated the terms and conditions of his Supervised Release, it is thereupon:

ORDERED AND ADJUDGED that the Supervised Release heretofore imposed by the Court be and the same is hereby REVOKED. The defendant is remanded to the custody of the U.S. Marshal.

ORDERED that the defendant is hereby committed to the custody of the Attorney General or his Authorized Representative for a period of One (1) Year and One (1) Day. No further conditions of supervised release are imposed. The court recommends designation to a south Florida facility.

DONE AND ORDERED at the United States District Court, Fort Lauderdale, Florida this 13 day of August, 2004.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: Scott Behnke, AUSA
    Daryl Wilcox, AFPD
    U.S. Probation
    U.S. Marshal

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 8/13/04

dant delivered on ___09/15/04___ to Federal
Center at Miami, Florida, the Institution
d by the Attorney General, with a certified
he Judgment and Commitment

_____
Inmate Systems Manager